HMG PM: USAO#2025R00354

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** CDA-26-378 |
| **v.** | * | |
| | * | **(Voting by Aliens, 18 U.S.C. § 611)** |
| **MOHAMMAD HACHIBUR RAHMAN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |
| | ***** | |

USDC- BALTIMORE
'26 OCT 26 PM2:48

**INFORMATION**

**COUNT ONE**
**(Voting by Aliens)**

The United States Attorney for the District of Maryland charges that:

On or about November 5, 2024, in the District of Maryland, the defendant,

**MOHAMMAD HACHIBUR RAHMAN,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, a Member of the United States Senate, and a Member of the United States House of Representatives.

18 U.S.C. § 611

Digitally signed by PHILIP MOTSAY
Date: 2026.10.26 14:22:40 -04'00'

Kelly O. Hayes
United States Attorney